## SPRINT COMMUNICATIONS COMPANY, L.P., Plaintiff-Appellant

### v.

## COMCAST CABLE COMMUNICATIONS, LLC, Comcast IP Phone, LLC, Defendants-Appellees

### 2015-1989

United States Court of Appeals, Federal Circuit.

January 11, 2017

JOHN D. GARRETSON, Shook, Hardy & Bacon, LLP, Kansas City, MO, argued for plaintiff-appellant. Also represented by BASIL TRENT WEBB; DAVID MOREHAN, ROB RECKERS, Houston, TX.

MATTHEW B. LEHR, Davis Polk & Wardwell LLP, Menlo Park, CA, argued for defendants-appellees. Also represented by DAVID LISSON, GARETH DEWALT, MICAH

BLOCK, ANTHONY I. FENWICK; MICHAEL LOUIS BRODY, Winston & Strawn LLP, Chicago, IL.

(Dyk, Taranto, and Hughes, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**